IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12–50–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CURTIS KEITH TICHENOR, | |
| Defendant. | |

Defendant Tichenor moves the Court to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A).  His currently projected release date is May 5, 2032.  *See* Inmate Locator, http://www.bop.gov/inmateloc (accessed August 2, 2023).

On June 17, 2021, Chief Judge Morris appointed the Federal Defenders of Montana to review all cases involving defendants represented by appointed counsel under the Criminal Justice Act "to determine which defendants may qualify for relief under 18 U.S.C. § 3582(c)." Standing Order BMM-13 at 1–2 ¶ 1(a) (D. Mont. June 17, 2021), available at https://www.mtd.uscourts.gov/standing-orders.

Tichenor was eligible for representation under the Criminal Justice Act.  *See* Order (Doc. 10).  Counsel will be appointed to file a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).

Accordingly, IT IS ORDERED:

1

1.      Tichenor's motion to reduce sentence (Doc. 133) is STAYED.

2.      The Federal Defenders shall promptly locate conflict-free counsel to represent Tichenor.

3.      Counsel shall immediately file a Notice of Appearance on Tichenor's behalf.  Upon filing, counsel is APPOINTED, retroactive to the date of this Order.

4.      The United States shall promptly request and relay to counsel the pertinent medical records, educational and vocational records, disciplinary history, all requests to the Warden for compassionate release, and any responses from the Warden or Bureau of Prisons related to Tichenor's request(s).

5.      Within 60 days of the date of this Order, counsel must file a motion to reduce sentence.

6.      Briefing on the amended motion shall proceed in accordance with D. Mont. L.R. CR 47 (Dec. 1, 2022).

DATED this 2nd day of August, 2023.

Dana L. Christensen, District Judge
United States District Court

2