IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | CR 12–50–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CURTIS KEITH TICHENOR, | |
| Defendants. | |

Before the Court is Defendant Curtis Keith Tichenor's Motion to File Documents Under Seal. (Doc. 140.) Mr. Tichenor filed a motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) on July 31, 2023. (Doc. 133.) Counsel was appointed to represent Mr. Tichenor on August 2, 2023, (Doc. 134), and counsel filed a renewed motion on November 16, 2023, (Doc. 139). Mr. Tichenor now requests that the Court grant him leave to file documents containing medical records under seal pursuant to D. Mont. L.R. Crim. 16.4 (Dec. 1, 2022). (Doc. 140 at 1.) Mr. Tichenor has apparently attached the documents he seeks to file under seal to his motion. (Doc. 140-2.) The United States does not oppose the motion. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 140) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall seal the

documents attached to the motion (Doc. 140-2).

DATED this 20th day of November, 2023.

_____
Dana L. Christensen, District Judge
United States District Court